```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STEPHANIE KUZY | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREAT PANJANDRUM, INC., | : | |
| *trading as* CEDARS PUB | : | NO. 08-5278 |

MEMORANDUM AND ORDER

Fullam, Sr. J.                                               September 9, 2009

Plaintiff was formerly employed at the Defendant bar, and she filed suit under Title VII for an incident in which Defendant's owner, Mr. Anthony Campisi, allegedly harassed her. Plaintiff asserted that, when she and her husband visited the bar as patrons, Mr. Campisi made various sexually suggestive and demeaning comments to her, touched the small of her back, and encouraged other patrons to harass her. Plaintiff alleged that this incident created a hostile work environment and constructively discharged her from employment at the bar.

Following a two-day jury trial, Plaintiff received a verdict in her favor. She was awarded $9,450 in damages, and Defendant has now moved for judgment as a matter of law or, in the alternative, for remittitur. Plaintiff has filed a response in opposition, as well as a motion for attorney fees and costs.

Defendant's motion will be dismissed for failure to comply with Local Rule 7.1. In violation of Rule 7.1(e), Defendant has

failed to either order a transcript or file a verified motion showing good cause why it is excused from this requirement.  In addition, the motion is unaccompanied by a brief as required by Rule 7.1(c).  Substantively, Defendant's motion challenges the sufficiency of Plaintiff's evidence, but I cannot assess the merits of Defendant's argument without a transcript or a brief.  To the extent that Defendant seeks remittitur, the motion will be dismissed for the same reasons.

Plaintiff has filed a motion for attorney fees pursuant to 42 U.S.C. § 2000e-5, and Defendant has filed a response.  A hearing on that motion will be scheduled.

An appropriate order will be entered.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam, Sr. J.