```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEPHANIE KUZY                     :      CIVIL ACTION
                                   :
                                   :
         v.                        :
                                   :
THE GREAT PANJANDRUM, INC.,        :
trading as CEDARS PUB              :      NO. 08-5278
```

**ORDER**

AND NOW, this 9th day of September 2009, upon consideration of Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, for a Remittitur, and the response thereto,

IT IS ORDERED that the Motion is DISMISSED for failure to comply with Local Rule 7.1.


                                   BY THE COURT:


                                   /s/ John P. Fullam
                                   John P. Fullam,    Sr. J.