IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE KUZY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GREAT PANJANDRUM | : | |
| INCORPORATED t/a CEDARS PUB | : | NO. 08-cv-05278-JF |

ORDER

AND NOW, this 11th day of January 2010, IT IS ORDERED:

1. Plaintiff is awarded reasonable counsel fees in the sum of $6,900, plus records costs in the sum of $393.

2. JUDGEMENT is ENTERED in favor of the plaintiff and against the defendant in the total sum of $16,743.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.